

**RECEIVED**
IN ALEXANDRIA, LA.

MAY 29 2013

TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| JIMMY RAY GREESON | * | CIVIL ACTION NO. 12-2677 |
| VERSUS | * | JUDGE JAMES T. TRIMBLE, JR. |
| CAROLYN COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's complaint, be, and is hereby DISMISSED, with prejudice. Fed.R.Civ.P. 41(b).

THUS DONE AND SIGNED in chambers, at Alexandria, Louisiana, this 29th day of \_\_\_\_May\_\_\_\_ 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE